1062

[Nos. 20944-0-III; 20945-8-III.   Division Three.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT WILLIAM SKYLSTAD, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 01-1-02301-3 and 01-1-02240-8, James M. Murphy, J., entered March 5, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 21308-1-III.   Division Three.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS DAILY PRYOR, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00343-0, Evan E. Sperline, J., entered July 16, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21436-2-III.   Division Three.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01377-6, Robert D. Austin, J., entered August 27, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21486-9-III.   Division Three.   October 7, 2003.]

JOHN MATIKA, ET AL., *Appellants*, v. PETER KARATZAS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 00-2-00339-9, Rebecca M. Baker, J., entered September 11, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.